# United States District Court
## Violation Notice

CS-2

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6398091 | WIMBUSH | 5905 |

6398091

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 10/18/2016  0956 | CVC 23103(a) |

Place of Offense: SAN MATEO RD / BASILONE RD

Offense Description: Factual Basis for Charge — HAZMAT ☐

RECKLESS DRIVING

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | JONATHAN | P |

[defendant address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7SRL625 | CA | 13 | FORD/MUST | | BLU |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

16 - - 0518

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W. BROADWAY, SAN DIEGO, CA 92101

Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

ENCLOSURE ( 1 )

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **18 OCT**, 20**16**, while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIF**

ON 20161018, AT 0956, TAYLOR WAS STOPPED FOR SPEEDING. BASE POLICY STATES THAT ANY DRIVER GOING 20 MPH OVER THE POSTED SPEED LIMIT BE CHARGED WITH RECKLESS DRIVING. TAYLOR WAS CLOCKED USING MY VEHICLE MOUNTED STALKER DUAL RADAR UNIT #5 GOING 65 MPH IN A 45 MPH SPEED ZONE.

The foregoing statement is based upon:

☒ my personal observation       ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/18/2016**   [signed]
Date (mm/dd/yyyy)             Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license;  CMV = Commercial vehicle involved in incident